■ IRENE POURNARAS, Respondent, v ULYSSES A. POURNARAS, Appel-

lant.—Order, Supreme Court, New York County, entered on May 17, 1976, unanimously affirmed for the reasons stated by Gomez, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.